IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. SHEPARD,

    Plaintiff,

  v.                                                     Case No.   18-cv-1037-jdp

JON E. LITSCHER, RANDALL R. HEPP,
and CANDACE WHITMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/10/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |